W. Martin Jones, Respondent, *v.* Rochester Gas and Electric Company, Appellant.

*Jones* v. *Rochester Gas & Electric Co.,* 7 App. Div. 474, affirmed.
(Argued January 18, 1899; decided February 3, 1899.)

Appeal from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered June 25, 1896, upon an order affirming an order denying a motion for a new trial, and directing judgment upon a verdict in favor of the plaintiff.

*Albert H. Harris* for appellant.

*W. Martin Jones,* respondent, in person.

Judgment and order affirmed, with costs, on opinion below. All concur.

---

Joseph A. Iasigi, Respondent, *v.* Clara Rosenstein, Appellant.

*Iasigi* v. *Rosenstein,* 3 App. Div. 500, affirmed.
(Argued January 18, 1899; decided February 3, 1899.)

Appeal from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered April 23, 1896, upon an order affirming a judgment in favor of plaintiff entered upon a verdict, and an order denying a motion for a new trial.

*H. Aplington* for appellant.

*Joseph Kling* and *Coudert Brothers* for respondent.

Judgment and order affirmed, with costs, on opinion below. All concur.